UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 1 5 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:18CR692 AGF/SPM |
| ) | |
| LAWRENCE K. PATTERSON, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges that

### COUNT ONE

1. That at all times material to this Indictment, Family Dollar was part of the retail store chain Dollar Tree, Inc. Dollar Tree operates approximately 13,600 stores throughout the United States and Canada. The retail chain offers a variety of merchandise for sale including food, health and beauty items, and home décor. None of the business' distribution centers are located in the State of Missouri. Family Dollar, therefore, is a business operating in and affecting interstate commerce.

2. On or about July 16, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**LAWRENCE K. PATTERSON,**

the defendant herein, did intentionally and unlawfully obstruct, delay and affect, and attempt to obstruct delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by Robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully attempt to take and obtain property consisting of United States currency from Family

Dollar employees J.B. and T.H., and against the will of J.B. and T.H. by means of actual and threatened force, violence, and fear of injury, immediate and future, to J.B. and T.H., that is while J.B. and T.H. were working at the Family Dollar, a business operating in interstate commerce, the defendant, brandished a firearm at J.B. and T.H. and demanded that they open the store safe and give the defendant the money contained therein.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

On or about July 16, 2018, in St. Louis City, in the Eastern District of Missouri,

**LAWRENCE K. PATTERSON,**

the defendant herein, did knowingly brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is interfering with commerce by robbery, in violation of Title 18, United States Code, Section 1951, as alleged in Count One of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney